DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Anjali Moorthy (CA SBN 299963)
amoorthy@duanemorris.com
2745 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Plaintiff,
DYNATRACE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNATRACE LLC,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES RAMEY, an individual, and DEVICEBITS LLC, an Ohio limited liability company,<br><br>   Defendants. | Case No. 3:16-cv-01777-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Civil L.R. 6-1 (b), Plaintiff Dynatrace LLC. ("Dynatrace") and Defendants
2 James Ramey and DeviceBits LLC (collectively, "Defendants"), by and through their undersigned
3 attorneys, hereby state and stipulate, subject to Court approval, as follows:

4    WHEREAS, on April 27, 2016, this Court issued an Order scheduling an initial Case
5 Management Conference in this matter for July 21, 2016, at 9:30 a.m. and providing that the parties
6 are to file a joint Case Management Conference Statement one week prior to the conference (*see*
7 D.I. 13);

8    WHEREAS, lead counsel for Dynatrace has pre-paid vacation travel to New York City
9 planned for July 21, 2016;

10    WHEREAS, counsel for Dynatrace and Defendants have met and conferred and are
11 amenable to continuing the Case Management Conference by one week, to July 28, 2016 (or, if the
12 Court is not available on that date, to the next available date on the Court's calendar), with the joint
13 Case Management Conference Statement to be filed one week prior, on July 21, 2016;

14    WHEREAS, there have been no previous time modifications, except that the Parties have
15 stipulated to a 15 day extension of time for Defendants to answer or otherwise respond to the
16 Complaint, to May 24, 2016, as set forth in a contemporaneous filing;

17    WHEREAS, this requested continuance will have minimal to no impact on the case
18 management schedule, as no schedule has been adopted and no trial date has been set;

19    NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to this Court's
20 approval, that the initial Case Management Conference in this matter shall be continued by one
21 week, to July 28, 2016, at 9:30 a.m., in Courtroom 5, (or, if the Court is not available on that date,
22 to the next available date on the Court's calendar), and the joint Case Management Conference
23 Statement shall be filed one week prior, on July 21, 2016.

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. 3:16-CV-01777-EMC

DM2\6768328.1

|   |   |   |
|---|---|---|
|   |   | DUANE MORRIS LLP |
| Dated: May 6, 2016 | By: | /s/ Karineh Khachatourian |
|   |   | Karineh Khachatourian |
|   |   | Daniel T. McCloskey |
|   |   | Anjali Moorthy |
|   |   | Attorneys for Plaintiff, |
|   |   | DYNATRACE LLC |

|   |   |   |
|---|---|---|
|   |   | GORDON REES, LLP |
| Dated: May 6, 2016 | By: | /s/ |
|   |   | Michael Pietrykowski |
|   |   | Attorneys for Defendants, |
|   |   | JAMES RAMEY and DEVICEBITS LLC |

### **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

|   |   |   |
|---|---|---|
|   |   | DUANE MORRIS LLP |
| Dated: May 6, 2016 | By: | /s/ Karineh Khachatourian |
|   |   | Karineh Khachatourian |
|   |   | Daniel T. McCloskey |
|   |   | Anjali Moorthy |
|   |   | Attorneys for Plaintiff, |
|   |   | DYNATRACE LLC |

### **ORDER**

Having read and considered the foregoing Stipulation of the parties submitted herewith and for good cause shown,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 9, 2016   _____

Hon. Edward M. Chen
UNITED STATES

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*