DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Anjali Moorthy (CA SBN 299963)
amoorthy@duanemorris.com
2745 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Plaintiff,
DYNATRACE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNATRACE LLC,<br><br>         Plaintiff,<br><br>v.<br><br>JAMES RAMEY, an individual, and DEVICEBITS LLC, an Ohio limited liability company,<br><br>         Defendants. | Case No. 3:16-cv-01777-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>Hearing Date: July 28, 2016<br>Time: 1:30 pm<br>Ctrm: 5<br>Judge: Hon. Edward M. Chen |

1   Pursuant to Civil L.R. 6-1 (b), Plaintiff Dynatrace LLC. ("Plaintiff") and Defendants
2   James Ramey and DeviceBits LLC (collectively, "Defendants"), by and through their undersigned
3   attorneys, hereby state and stipulate, subject to Court approval, as follows:
4   WHEREAS, on May 9, 2016, this Court issued an Order, pursuant to the parties' stipulated
5   request (D.I. 17), rescheduling the initial Case Management Conference in this matter from July 21,
6   2016, at 9:30 a.m. to July 28, 2016, at 9:30 a.m. (*see* D.I. 19);
7   WHEREAS, on May 24, 2016, Defendants filed a Motion to Dismiss for Lack of Personal
8   Jurisdiction or Improper Venue, or in the Alternative, to Transfer Venue (the "Motion"), setting the
9   oral hearing for July 14, 2016, for which Plaintiff's Opposition brief would be due June 7, 2016 and
10  Defendants' Reply brief would be due June 14, 2016 (*see* D.I. 24);
11  WHEREAS, on May 26, 2016, this Court *sua sponte* rescheduled the hearing on the Motion
12  and the CMC for July 21, 2016 (*see* D.I. 25) and then issued an Amended notice rescheduling the
13  hearing on the Motion and the CMC for July 28, 2016, at 1:30 p.m. (*see* D.I. 26);
14  WHEREAS, during the time for Plaintiff to prepare its response to the Motion under the
15  current briefing schedule, the Memorial Day Holiday weekend occurs and Plaintiff's counsel has
16  pre-scheduled travel plans;
17  WHEREAS, the parties' counsel have met and conferred and agreed to modify the briefing
18  schedule for the Motion so that the parties' time to file their respective briefs would each be
19  extended by an additional week, as follows:
20  - Plaintiff's Opposition due: June 14, 2016
    - Defendants' Reply due: June 28, 2016
21  WHEREAS, the parties have previously stipulated to a 15 day extension of time for
22  Defendants to answer or otherwise respond to the Complaint, to May 24, 2016 (*see* D.I, 16), and the
23  Court previously granted the parties' request to move the CMC by one week to July 28, 2016;
24  WHEREAS, this requested continuance will not impact on the case management schedule,
25  as no schedule has been adopted and no trial date has been set;
26  NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to this Court's
27  approval, that the briefing schedule is modified so that the parties' time to file their respective
28

briefs are extended by an additional week, so that the new due dates for the briefs are as follows:
- Plaintiff's Opposition due: June 14, 2016
- Defendants' Reply due: June 28, 2016

                                                                    DUANE MORRIS LLP

Dated:  May 27, 2016                    By:  */s/ Karineh Khachatourian*
                                                        Karineh Khachatourian
                                                        Daniel T. McCloskey
                                                        Anjali Moorthy

                                                        Attorneys for Plaintiff,
                                                        DYNATRACE LLC

                                                        GORDON & REES LLP

Dated:  May 27, 2016                    By:  */s/*
                                                        Michael Pietrykowski

                                                        Attorneys for Defendants,
                                                        JAMES RAMEY and DEVICEBITS LLC

## **ATTESTATION**

     Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

                                                        DUANE MORRIS LLP

Dated:  May 27, 2016                    By:  */s/ Karineh Khachatourian*
                                                        Karineh Khachatourian
                                                        Daniel T. McCloskey
                                                        Anjali Moorthy

                                                        Attorneys for Plaintiff,
                                                        DYNATRACE LLC

## **ORDER**

     Having read and considered the foregoing Stipulation of the parties submitted herewith and for good cause shown,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 31, 2016                         _____
                                                   Hon. Edward M. Chen
                                                   UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*