DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Anjali Moorthy (CA SBN 299963)
amoorthy@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Plaintiff,
DYNATRACE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNATRACE LLC,<br><br>             Plaintiff,<br><br>v.<br><br>JAMES RAMEY, an individual, and DEVICEBITS LLC, an Ohio limited liability company,<br><br>             Defendants. | Case No. 3:16-cv-01777-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Hearing Date: July 28, 2016<br>Time: 1:30 pm<br>Ctrm: 5<br>Judge: Hon. Edward M. Chen |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

☒ Private ADR (specify process and provider):

Mediation with JAMS in San Francisco Bay Area

The parties agree to hold the ADR session by:

☐ the presumptive deadline (90 days from the date of the order referring the case to ADR, unless otherwise ordered.)

☒ other requested deadline: November 18, 2106

DUANE MORRIS LLP

Dated: July 7, 2016     By: /s/ Karineh Khachatourian
Karineh Khachatourian
Daniel T. McCloskey
Anjali Moorthy
Attorneys for Plaintiff,
DYNATRACE LLC

GORDON & REES LLP

Dated: July 7, 2016     By: /s/
Michael Pietrykowski

Attorneys for Defendants,
JAMES RAMEY and DEVICEBITS LLC

**ORDER**

Having read and considered the foregoing Stipulation of the parties submitted herewith and for good cause shown, PURSUANT TO STIPULATION:

☒ IT IS SO ORDERED

☐ IT IS SO ORDERED WITH MODIFICATIONS:

Dated: July 15, 2016

Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

-1-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;