DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Plaintiff and Counterclaim-Defendant,
DYNATRACE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNATRACE LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES RAMEY, an individual, and DEVICEBITS LLC, an Ohio limited liability company,<br><br>        Defendants. | Case No.: 3:16-cv-01777-EMC<br><br>**JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM WITH PREJUDICE** |
| JAMES RAMEY, an individual,<br><br>        Counterclaim-Plaintiff,<br><br>  v.<br><br>DYNATRACE LLC,<br>    Counterclaim-Defendant. | Ctrm: 5<br>Judge: Hon. Edward M. Chen<br>Complaint filed: April 7, 2016 |

Counterclaim-Plaintiff James Ramey and Counterclaim-Defendant Dynatrace, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Ramey's Counterclaim, with prejudice, with each party to bear its own attorneys' fees and costs.

GORDON & REES LLP

Dated: October 31, 2017   By: */s/*
Don Willenburg
Michael Pietrykowski

Attorneys for Defendant and Counterclaim-Plaintiff JAMES RAMEY and Defendant DEVICEBITS LLC

DUANE MORRIS LLP

Dated: October 31, 2017   By: */s/*
Karineh Khachatourian
Daniel T. McCloskey

Attorneys for Plaintiff and Counterclaim-Defendant,
DYNATRACE LLC

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 1111 Broadway, Suite 1700, Oakland, CA 94607.

On the date set forth below, I served a copy of the foregoing document(s) described as:

**JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM WITH PREJUDICE**

☒ by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 31, 2017, at Oakland, California.

*Eileen Spiers*
_____
Eileen Spiers